# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | | |
|---|---|---|
| **CYNTRELLE WOODARD-WELLS,** *on behalf of her minor child, C.J.W.* | § § § § | **PLAINTIFF** |
| v. | § § § § | Civil No. 2:23cv142-HSO-BWR |
| **SHERIFF JOE BERLIN,** *individually and as the chief policy maker for the Jones County Sheriff's Department*; and **JONES COUNTY, MISSISSIPPI** | § § § § § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter for 15 days to enforce the settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction for 15 days from the date of entry of this Final Judgment to enforce the settlement agreement.

**SO ORDERED** this the 13th day of December, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE